SYLVIA V. PANOSIAN, SBN 310085
NARAK MIRZAIE, SBN 311508
sp@mlawattorneys.com
nm@mlawattorneys.com
M LAW ATTORNEYS, APC
680 East Colorado Blvd. Suite 180
Pasadena, CA 91101
Telephone: (626) 626-4422
Facsimile: (626) 626-4420

Attorney for Plaintiff MICHAEL ELLIOTT


PETER B. MARETZ, SBN 144826
RICARDO BACA, SBN 319497
JACKSON LEWIS, P.C.
225 Broadway, Suite 1800
San Diego, CA 92101
Telephone:  (619) 573-4900


Attorneys for Defendant WERNER ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ELLIOTT, individual,<br><br>             Plaintiff,<br><br>      v.<br><br>WERNER ENTERPRISES, INC., a Corporation Doing Business in California; and DOES 1-100, inclusive;<br><br>             Defendant. | Case No. 5:25-cv-00512 PA (SPx)<br><br>**ORDER TO REMAND ACTION TO STATE COURT**<br><br>Action Filed: October 15, 2024 |

Defendant WERNER ENTERPRISES, INC., ("Defendant") and Plaintiff MICHAEL ELLIOTT ("Plaintiff") (jointly, the "Parties"), by and through their counsel of record, hereby stipulate, subject to the Court's approval, that this Action be remanded back

1

JOINT REPORT AND STIPULATION TO REMAND ACTION TO STATE COURT; [PROPOSED] ORDER

to State Court for all purposes. Pursuant to this Court's order denying Defendant's Ex Parte Application to continue trial, the parties have met and conferred regarding remand, and agree that the action should be remanded back to state court where it was originally filed for further proceedings, including trial.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: October 14, 2025         M LAW ATTORNEYS, APC

By:   /S/SPANOSIAN/
      Sylvia V. Panosian

      Attorney for Plaintiff
      MICHAEL ELLIOT

DATED: October 14, 2025         JACKSON LEWIS P.C.

By:   /S/PMARETZ/
      Peter B. Maretz

      Attorney for Defendant
      WERNER ENTERPRISES, INC.

Having considered the parties' stipulation, records and file in this action, with good cause appearing therefore, the United States District Court hereby **GRANTS** the parties' stipulation to remand the action back to state court, and **ORDERS** the remand of this action to State Court with the San Bernardino Superior Court of California to retain jurisdiction as of the date of this order.

October 14, 2025
DATE

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

JOINT REPORT AND STIPULATION TO REMAND ACTION TO STATE COURT; [PROPOSED] ORDER